No. 74–1341. MERRITT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–1343. GOMEZ-ROJAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–1351. DEL TORO v. UNITED STATES; and
No. 74–1353. KAUFMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 513 F. 2d 656.

No. 74–1355. SCOTTY'S HOME BUILDERS ET AL. v. CUNNINGHAM ET AL. Sup. Ct. Fla. Certiorari denied.

No. 74–1357. WILKERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–1361. MAGANA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–1363. OAK CLIFF-GOLMAN BAKING CO. v. NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 74–1369. BURRELL v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 74–1371. McCORKLE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–1373. REYES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.